MICHAEL COSENTINO, State Bar No. 83253
Attorney at Law
P.O. Box 129
Alameda, CA 94501
Tel: 510-523-4702

Attorney for the Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ELENA GARCIA aka ELENA M. SALAZAR, Defendant(s). | Case No. CV 09-5260 SLM<br><br>DISMISSAL WITHOUT PREJUDICE<br>Rule 41(a) FRCP |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, you are hereby authorized and directed to enter herein a Dismissal Without Prejudice.